**Abraham SOWE, Petitioner,**

v.

**Michael B. MUKASEY,[1] Attorney General of the United States, Respondent.**

No. 07–1034.

United States Court of Appeals, Eighth Circuit.

Submitted: June 5, 2008.

Filed: June 11, 2008.

Barton C. Winter, Minneapolis, MN, for Petitioner.

Stephen J. Flynn, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Anh-Thu P. Mai, U.S. Department of Justice Civil Division, Office of Immigration Litigation, Washington, DC, for Respondents.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Abraham Sowe, a native of Gambia and a citizen of Sweden, petitions for review of an order of the Bureau of Immigration and Customs Enforcement (ICE) ordering him removed. We lack jurisdiction to review Sowe's petition because he was admitted to the United States under the Visa Waiver Program (VWP) and, as a condition of entry under the VWP, he waived his right to contest removal on any ground other than an application for asylum. *See* 8 U.S.C. § 1187(a)-(b); *Lacey v. Gonzales,*

499 F.3d 514, 518 (6th Cir.2007); *Handa v. Clark,* 401 F.3d 1129, 1133 (9th Cir.2005).

Accordingly, we dismiss the petition.